UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Solomon Lemuel Perry,      )
                                    )
        Plaintiff,           )
                                    )
                                    )      Civil Action No. 17-1241 (UNA)
                                    )

MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted or is frivolous).

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.' " *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Plaintiff, a resident of Austin, Texas, is "a flesh and blood, living natural human" who seeks "to be placed on the list for diplomatic immunity." Compl. Plaintiff does not state why he needs immunity, but "[i]n the United States, recognition by the Department of State is necessary to establish diplomatic status." *United States v. Lumumba*, 578 F. Supp. 100, 103 (S.D.N.Y. 1983). Plaintiff does not claim to have diplomatic status, thereby rendering his request for diplomatic immunity baseless. A separate order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: July 6 , 2017